## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

THADDEUS BARTKOWSKI, III AND CRYSTAL ANNE CRAWFORD, : No. 268 MAL 2018

    Respondents : Petition for Allowance of Appeal from the Order of the Superior Court

    v. :

KENNETH RAMONDO AND THERESE-CECILIA RAMONDO, :

    Petitioners :

## ORDER

**PER CURIAM**

  **AND NOW**, this 16th day of October, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, condensed from the several stated by Petitioners and reformulated for clarity, is as follows:

> Must a landowner prove impossibility of alternative access arising from zoning and regulatory prohibitions or otherwise to establish an easement by necessity?